UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.T.,<br><br>Plaintiff,<br><br>-v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. | 26-cv-9177 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On November 16, 2026, the parties in the above-captioned case informed the Court that they would reach a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated, provided that the motion is made at least twenty-four hours before the end of the thirty-day period.

SO ORDERED.

New York, New York
November 16, 2026

JED S. RAKOFF, U.S.D.J.